1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ELBERT HUSTON, | ) | 1:04-cv-06044-REC-TAG HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING REPORT AND |
| | ) | RECOMMENDATIONS |
| v. | ) | (Doc. 16) |
| | ) | |
| | ) | ORDER DISMISSING SECOND AMENDED |
| G. STRATTON, Warden, | ) | PETITION FOR WRIT OF HABEAS CORPUS |
| | ) | (Doc. 15) |
| Respondent. | ) | |
| | ) | ORDER DIRECTING CLERK OF COURT TO |
| | ) | ENTER JUDGMENT |

Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

The original petition was filed on August 3, 2004. (Doc. 1). Pursuant to an order of the Court, Petitioner filed a first amended petition on January 6, 2005. (Doc. 11). Pursuant to yet another order of the Court, on March 18, 2005 Petitioner filed his second amended petition. (Doc. 15)

On June 29, 2005, the Magistrate Judge assigned to the case filed a Report and Recommendations recommending that the petition for writ of habeas corpus be DISMISSED with prejudice because, despite several opportunities to amend the petition to state cognizable and exhausted federal claims, Petitioner had failed to do so. (Doc. 16). The Report and Recommendations were served on all parties and contained notice that any objections were to be filed within thirty days from the date of service of that order, or by August 1, 2005. (Id.). On

September 2, 2005, Petitioner filed untimely objections to the Magistrate Judge's Report and Recommendations. (Doc. 17). Petitioner states no substantive objections; instead, he merely requests that the District Judge review the Magistrate Judge's Report and Recommendations to dismiss the petition. (Id.).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Report and Recommendations are supported by the record and proper analysis. Petitioner's objections present no grounds for questioning the Magistrate Judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The Report and Recommendations issued June 29, 2005, (Doc. 16) are ADOPTED IN FULL;

2. The second amended petition for writ of habeas corpus (Doc. 15) is DISMISSED with prejudice; and

3. The Clerk of Court is DIRECTED to ENTER JUDGMENT for Respondent.

IT IS SO ORDERED.

Dated:  September 19, 2005        /s/ Robert E. Coyle
668554                      UNITED STATES DISTRICT JUDGE